# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DOYLE KORDELL HAWK, | ) |
| Petitioner, | ) |
| v. | ) 5:15-cv-0462-VEH-JEO |
| THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Doyle Kordell Hawk, an Alabama state prisoner acting *pro se*. (Doc. 1). On July 13, 2015, the magistrate judge entered a report and recommendation, *see* 28 U.S.C. § 636(b), FED. R. CIV. P. 72(b)(1), LR 72.1(b)(3)(A), recommending that Hawk's habeas petition be denied and that the action be dismissed with prejudice. (Doc. 9). Hawk has now filed a timely objection to the report and recommendation. (Doc. 10).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation and Hawk's objection thereto, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is

**ACCEPTED**.  In Hawk's objection, he essentially rehashes the same arguments forming the basis of his petition.  It will suffice to say that the undersigned agrees with the magistrate judge's discussion and disposition of those arguments, so Hawk's objection is **OVERRULED**.  As a result, the petition for writ of habeas corpus is due to be **DENIED** and this action is due to **DISMISSED WITH PREJUDICE**.  Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**.  *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), RULES GOVERNING § 2254 PROCEEDINGS.  A separate Final Order will be entered.

    **DONE**, this the 31st day of July, 2015.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge